IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC., <br> Plaintiff, <br><br> v. <br><br> JANET YELLEN, Secretary of Treasury, in her official capacity, and JOSEPH BIDEN, President of the United States, in his official capacity <br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 1:23-cv-11001-RGS |

## DECLARATION OF LEE SUTTON

I, LEE SUTTON, hereby declare as follows:

1. I am over the age of eighteen and competent to testify to the facts contained in this Declaration from my personal knowledge.

2. I currently serve as the Federal Director of the National Association of Government Employees (NAGE). In this position, I am responsible for advising NAGE and affiliated local units in the Federal Sector on issues related to collective bargaining and conditions of employment. I have served in this position since September 2017.

3. The National Association of Government Employees is a labor organization with its principal headquarters at 159 Thomas Burgin Parkway, Quincy, Massachusetts 02169. The National Association of Government Employees and/or its affiliated Locals is the exclusive bargaining representative of approximately 75,000 federal employees who are employed by various government agencies.

4. On behalf of these employees, the National Association of Government Employees and/or its affiliates have negotiated collective bargaining agreements with various

agencies. These collective bargaining agreements govern the terms and conditions of employment for the employees represented by the NAGE or its locals. These collective bargaining agreements may also contain negotiated procedures with respect to the exercise of management rights and/or appropriate arrangements governing the impact of the exercise of management rights.

5. Federal employees who are members of NAGE pay union dues through automatic payroll deduction.

6. When employees do not receive a paycheck, NAGE does not receive its dues for that pay period.

7. During past lapses in appropriations or government shutdowns, thousands of NAGE bargaining unit employees have been furloughed or forced to work without pay.

8. All NAGE federal bargaining unit employees participate in the Civil Service Retirement and Disability Fund.

9. Many of NAGE's federal bargaining unit employees participate in the Thrift Savings Plan G Fund as part of their retirement planning.

10. Many of NAGE's federal bargaining unit employees participate in other funds in the Thrift Saving Plan that will be affected by delays in paychecks, furloughs, and lay-offs.

11. NAGE federal bargaining unit employees' retirement plans will be affected by delays in paychecks, furloughs, and lay-offs.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 19, 2023.

_____
Lee Sutton