# LICHTEN & LISS-RIORDAN, P.C.

ATTORNEYS AT LAW

HAROLD L. LICHTEN×
SHANNON LISS-RIORDAN×∆◊
SARAH SCHALMAN-BERGEN▪
MATTHEW W. THOMSON×
ADELAIDE H. PAGANO×
THOMAS P. FOWLER×◊
BRADLEY MANEWITH•

OLENA SAVYTSKA×
ZACHARY RUBIN×◊^•
MATTHEW PATTON×
KRYSTEN CONNON^▪
MATTHEW CARRIERI×
MEL GONZALEZ◊
JANE FARRELL∆
BENJAMIN J. WEBER× OF COUNSEL

729 BOYLSTON STREET, SUITE 2000
BOSTON, MASSACHUSETTS 02116

TELEPHONE 617-994-5800
FACSIMILE 617-994-5801

WWW.LLRLAW.COM

× ADMITTED IN MASSACHUSETTS
∆ ADMITTED IN CALIFORNIA
◊ ADMITTED IN NEW YORK
▪ ADMITTED IN PENNSYLVANIA
• ADMITTED IN ILLINOIS
^ ADMITTED IN NEW JERSEY
♦ ADMITTED IN CONNECTICUT

May 19, 2023

**VIA CM/ECF FILING**

Judge Richard G. Stearns
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: National Association of Government Employees, Inc. v. Yellen et al.,
    C.A. No. 1:23-cv-110001-RGS

Dear Judge Stearns:

When filing Plaintiff's Motion and Memorandum of Law in Support of Plaintiff's Emergency Motion for Preliminary Injunction (Docket 7 in the above-referenced matter), Plaintiff inadvertently left off Exhibit A, which is attached here. Plaintiff therefore requests that Exhibit A be considered in connection with the motion.

Respectfully submitted,

NATIONAL ASSOCIATION OF
GOVERNMENT EMPLOYEES, INC.,

By its attorneys,

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan, BBO #640716
Matthew P. Carrieri BBO #705192
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com

# LICHTEN & LISS-RIORDAN, P.C.

mcarrieri@llrlaw.com

Sarah E. Suszczyk
*(Pro hac vice application forthcoming)*
General Counsel NAGE/IBPO/IAEP/IBCO
159 Burgin Parkway
Quincy, Massachusetts 02169
(617) 376-7239
ssuszczyk@nage.org

Thomas H. Geoghegan
*(Pro hac vice application forthcoming)*
Despres, Schwartz & Geoghegan, Ltd.
77 West Washington Street, Suite 711
Chicago, Illinois 60602
(312) 372-2511
tgeoghegan@dsgchicago.com

Patrick V. Dahlstrom
*(Pro hac vice application forthcoming)*
Pomerantz LLP
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
(312) 377-1181
pdahlstrom@pomlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2023, I caused a copy of the foregoing document to be served by certified mail on the Defendants at:

> Attorney General's Office
> 950 Pennsylvania Ave NW
> Washington DC 20530

Plaintiff will also attempt service of the foregoing document by electronic mail.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan