# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.
*Plaintiff*

v.

JANET YELLEN, ET AL.
*Defendant*

Civil Action No.:
1:23−CV−11001−RGS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Joseph Biden, President of the United States in his official capacity
c/o Attorney General's Office
950 Pennsylvania Ave NW
Washington DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

 /s/ – Haley Currie
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2023−05−08 09:27:26**, Clerk USDC DMA

| *Attorney or Party without Attorney:* <br> Shannon Liss-Riordan (SBN 640716) <br> LICHTEN & LISS-RIORDAN, P.C. <br> 729 Boylston Street Suite 2000 <br> Boston, MA 02116 <br> *Telephone No:* 617-994-5800 <br> *Attorney For:* Plaintiff | *Ref. No. or File No.:* <br> National v. Yellen | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court for the District of Massachusetts ||| 
| *Plaintiff:* NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC. <br> *Defendant:* JANET YELLEN, ET AL. |||

| **PROOF OF SERVICE** <br> By Mail | *Hearing Date:* | *Time:* | *Dept/Div:* | Case Number: <br> 1:23−CV−11001−RGS |
|---|---|---|---|---|

1. *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2. *I served copies of the Summons in a Civil Action; Complaint for Declaratory and Injunctive Relief; Civil Cover Sheet; Case Assignment; Notice of Constitutional Question*

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **Certified** mail with postage prepaid as follows trk#7022 0410 0002 9964 7454
   a. Date of Mailing: Tue, May 16, 2023
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: JOSEPH BIDEN, President of the United States, in his official capacity
   　　950 Pennsylvania Ave NW, Washington, DC 20004

4. *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue, May 16, 2023 in the ordinary course of business.*

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Christopher Daum (R-2018-01731)
   **b. FIRST LEGAL**
   　1517 W. Beverly Boulevard
   　LOS ANGELES, CA 90026
   c. (213) 250-1111

   **d. *The Fee*** *for Service was:*
   **e.** I am: Not a Registered California Process Server

6. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

05/19/2023

(Date)　　　　　　　　　　　　　(Signature)



Judicial Council Form　　　　　　　PROOF OF SERVICE　　　　　　　8876911
Rule 2.150.(a)&(b) Rev January 1, 2007　　　BY MAIL　　　　　　　(366526)