IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC., <br><br>**Plaintiff,**<br><br>v.<br><br>**JANET YELLEN**, Secretary of Treasury, in her official capacity, and **JOSEPH BIDEN**, President of the United States, in his official capacity<br><br>**Defendants.** | Civil Action No.: 1:23-cv-11001-RGS |

## JOINT MOTION TO SET SCHEDULING CONFERENCE

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Rule 16.1 of the Local Rules of this Court, Plaintiff National Association of Government Employees, Inc., and Defendants Janet Yellen, in her official capacity as Secretary of Treasury, and Joseph Biden, in his official capacity as President of the United States, by and through their respective counsel of record, hereby jointly state as follows:

1. WHEREAS, Plaintiff has filed an Emergency Motion for Preliminary Injunction in the instant matter (Dkt. No. 7);

2. WHEREAS, Defendants intend to file an opposition to Plaintiff's Emergency Motion for Preliminary Injunction;

3. WHEREAS, the Parties disagree regarding the timeline for completing briefing on Plaintiff's Emergency Motion for Preliminary Injunction and have jointly agreed to request an initial status conference in this matter to discuss a briefing schedule;

THEREFORE, the Parties respectfully request that the Court hold an initial scheduling conference via Zoom videoconference technology on May 23, 2023 at 11:00 AM to discuss a briefing schedule and hearing date for Plaintiff's Emergency Motion for Preliminary Injunction.

Dated: May 22, 2023

Respectfully submitted,

NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.,

By its attorneys,

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan, BBO #640716
Matthew P. Carrieri BBO #705192 Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
mcarrieri@llrlaw.com

Sarah E. Suszczyk
*(Pro hac vice application forthcoming)*
General Counsel NAGE/IBPO/IAEP/IBCO
159 Burgin Parkway
Quincy, Massachusetts 02169
(617) 376-7239
ssuszczyk@nage.org

Thomas H. Geoghegan
*(Pro hac vice application forthcoming)*
Despres, Schwartz & Geoghegan, Ltd.
77 West Washington Street, Suite 711
Chicago, Illinois 60602
(312) 372-2511
tgeoghegan@dsgchicago.com

Patrick V. Dahlstrom
*(Pro hac vice application forthcoming)*
Pomerantz LLP
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603

|  |  |
|---|---|
|  | (312) 377-1181 |
|  | pdahlstrom@pomlaw.com |
| Dated: May 22, 2023 | **JANET YELLEN**, Secretary of Treasury, in her official capacity, and **JOSEPH BIDEN**, President of the United States, in his official capacity, |
|  | By their attorneys, |
|  | BRIAN M. BOYNTON |
|  | Principal Deputy Assistant Attorney General |
|  | ALEXANDER K. HAAS |
|  | Branch Director |
|  | BRAD P. ROSENBERG |
|  | Special Counsel |
|  | DIANE KELLEHER |
|  | Assistant Branch Director |
|  | */s/Alexander N. Ely* |
|  | Alexander N. Ely (DC Bar No. 230008) |
|  | Federal Programs Branch |
|  | Civil Division, U.S. Department of Justice |
|  | 1100 L Street, NW |
|  | Washington, DC 20005 |
|  | (202) 993-5177 |
|  | Alexander.n.ely@usdoj.gov |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2023, a true and accurate copy of the above document was filed with the Court via CM/ECF system, which will send e-mail notification of such filing to all attorneys of record.

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan