IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JANET YELLEN, Secretary of Treasury, in her official capacity, and JOSEPH BIDEN, President of the United States, in his official capacity <br> Defendants. | ) <br> ) <br> ) Civil Action No.: 1:23-cv-11001-RGS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**2ND MOTION FOR JOINDER BY CHRIS BUSH, MOTION FOR EMERGENCY INJUNCTION BASED ON GOLD PRICE**

1. Chris Bush makes a 2nd Motion for Joinder and a Motion for Emergency Injunction Based on Gold Price *("2nd Motion", "Emergency Injunction" respectively)* in the above referenced case. Bush repeats his reasons used in his first Motion for Joinder *("1st Motion")*, that is, that he is a Social Security recipient who faces imminent harm in the event of a Default of the Federal Government, brought on by the wrongful application of the Debt Ceiling Law, 31 USC 3101, 3101 in contravention of the 14th Amendment, Section 4, of the United States Constitution, which provides that "The validity of the Public Debt…shall not be questioned".

2. Bush notes that Judge Stearns ruling in this matter regarding the "1st Motion", denied Bush's 1st Motion *"without prejudice, as premature as the National Association of Government Employees has yet to make service, nor has the government had the opportunity to file a response"*. Now that the National Association of Government Employees ("NAGE") has made service, and now that the government has filed a response, Bush is following up with his 2nd Motion accordingly.

3.     Bush also makes a Motion for Injunction based on Gold Price ("Gold Price"). The price of gold held by the Federal Government is wrongly being valued at $42.22/Troy Oz, based on the misapplication of 31 USC 5117(b). 31 USC 5117(b) values Gold at $42.22/Troy Oz, but only for purposes of issuing Gold Certificates and then, only for Gold Certificates issued after Jan. 29, 1934, of which there were NO such Gold Certificates Issued *(italics, bold, underline, highlight added)*:

> **31 U.S. Code § 5117 - Transferring gold and gold certificates**
>
> **(b)The Secretary shall issue gold certificates against gold transferred under subsection (a) of this section.** *The Secretary may issue gold certificates against other gold held in the Treasury. The Secretary may prescribe the form and denominations of the certificates. The amount of outstanding certificates may be not more than* **the value (for the purpose of issuing those certificates, of 42 and two-ninths dollars a fine troy ounce)** *of the gold held against gold certificates.* <u>The Secretary shall hold gold in the Treasury equal to the required dollar amount as security</u> **for gold certificates issued after** January 29, 1934.

4.     The Federal Government is not issuing Gold Certificates- not since 1933- and outstanding Gold Certificates can no longer be redeemed for Gold *("wikipedia", paragraph 1; paragraph 8 [italics, bold, underlined, highlight added]*:

<u>Gold certificates were issued by the United States Treasury as a form of representative money from 1865 to</u> **1933.**

*The restrictions on private ownership of gold certificates were revoked by Treasury Secretary Douglas Dillon effective 24 April 1964, primarily to allow collectors to own examples legally;* **however, gold certificates are no longer redeemable for gold, but instead can be exchanged at face value for other U.S. coin and currency designated as legal tender (e.g., Federal Reserve Notes and United States Notes)**.[2]

https://en.wikipedia.org/wiki/Gold_certificate_(United_States)

5.     Instead, the Gold held by the Federal Government- such Gold which is a precious metal- is to be valued at market price, as outlined by the Federal Accounting Standards Advisory Board ("FASAB"), pursuant to the FASAB Handbook of June 30, 2022, page 24, paragraph 98 ("fasab.gov…2022…Handbook" link, page 24, paragraph 98 *[italics, bold, underline, highlight added]*:

2

**98. <u>Congress and executives need information about the market value of assets that could be sold, such as precious metals or other commodities</u>**

https://files.fasab.gov/pdffiles/2022_%20FASAB_%20Handbook.pdf

6.      Correctly valuing Gold at its current market value of results in the value of Federal Government Holdings at $515 BILLION DOLLARS, ½ of $1 TRILLION DOLLARS above its current mis-valuation at Gold Certificate price of $11 BILLION DOLLARS *("Treasury Gold: Gold Certificate Value v Market Value_05-23-23", Exhibit 1 attachment).*

7.      If you read both provisions together, Gold- which is a precious metal- is valued at Market Value per FASAB, which is almost $2,000/Troy Oz today, except in the case where Gold is used to redeem Gold Certificates issued after Jan. 29, 1934 at $42.22/Troy Oz: however, there are NO such Gold Certificates issued after Jan. 29, 1934, and any outstanding Gold Certificates held by collectors can only be redeemed for currency.  Therefore, the only relevant metric herein is valuing Gold at Market Value.

8.      According to Senior Fellow at the American Enterprise Institute Paul H Kupiec, and Senior Fellow at the Mises Institute Alex J Pollock- both think tanks are considered Conservative- revaluing Gold at market rates would allow the Federal Government to pay its debts through the end of the Fiscal Year of Sept. 30, 2023, thus giving Congress more time to address the Debt Ceiling crisis *("newsweek", dateline/byline, paragraphs 2-5; "aei.org", bio; "mises.org", bio  [italics, bold, underline, color, highlight added])***(NOTE**: *yours truly disagrees w/ the distinguished Economic luminaries on the matter of whether Congress needs to change the law regarding valuation. Again, as indicated herein, the $42.22/Troy Oz value of Gold only applies for purposes of Gold Certificates, which are no longer issued by the Federal Government- and have not been issued since 1933-  and any remaining Gold Certficates outstanding can only be exchanged for currency. The Federal Government's FASAB indicates that gold, which is a precious metal, is valued at Market Value. Therefore, there's no need for*

3

*Congress to act as a result, and thus the Court should direct that the Treasury Secretary re-value Gold to Market Value accordingly).*

*GIULIA CARBONARO*
*5/12/23 AT 12:03 PM EDT*

**Economists Paul H. Kupiec and Alex J. Pollock recently published an article advocating for** Congress to "simply direct **the U.S. Treasury to value its gold holdings, which are real, at real market prices."**

**At the moment, the current market price of gold is a little over $1,875 per ounce.** The Treasury owns some 261.5 million ounces of gold—equal to more than eight tons. **But because of a 1934 law last amended in 1973—the Gold Reserve Act—the Treasury is required to value its gold at $42.22 per ounce, which makes its holdings valued at $11 billion** instead of the $490 billion it would be worth considering gold's true market value.

"If Congress were to make a simple, financially sound amendment to the Gold Reserve Act, it would free up nearly $480 billion in new Treasury cash without raising the debt limit," wrote Kupiec and Pollock in their piece.

**"These funds would allow the Treasury to pay all its bills past the end of fiscal 2023, thereby giving Congress an entire session to debate, negotiate budgets, reduce deficits, and set the debt ceiling accordingly,** all in bills passed under regular order—something that has not happened in years."

https://www.newsweek.com/joe-biden-congress-gold-treasury-debt-ceiling-crisis-1799998

Scholars



Paul H. Kupiec
Senior Fellow
Research Areas
Federal Reserve, Basel III, Wall Street & banking, Impact of financial regulation policies, Systemic risk

https://www.aei.org/profile/paul-h-kupiec/



Alex J. Pollock is a Senior Fellow at the Mises Institute

https://mises.org/profile/alex-j-pollock

9.      Accordingly, Chris Bush, in addition to seeking to Joinder the Case, with the 2nd Motion, also seeks an Emergency Injunction, to apply immediately, for the Court to direct Treasury to re-value its Gold Reserves at market rates, instead of at Gold Certificate value.

10.     Chris Bush seeks such Emergency Injunction immediately, or no later than May 31, 2023, the day before Treasury Secretary Yellen has indicated that the Federal Government will go into default and the same day a Hearing is being held, pursuant to a Scheduling Order by Judge Stearns today, May 23, 2023, such Hearing on the Emergency Injunction sought by NAGE, and such Hearing held on Wed., May 31, 2023, at 2PM.

Respectfully Submitted this 23rd day of May, 2023, via overnight delivery,

_____

Chris Bush
Joinder Applicant
chris.chrisbush.bush008@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2023, a true and accurate copy of the above document and Exhibit was filed with the Court via overnight delivery to the Clerk of the Court in the above referenced Case.

_____

Chris Bush
Joinder Applicant
chris.chrisbush.bush008@gmail.com