**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

NATIONAL ASSOCIATION OF
GOVERNMENT EMPLOYEES,

    *Plaintiff,*

  v.

JANET YELLEN, Secretary of Treasury, and
JOSEPH R. BIDEN, JR., President of the
United States

    *Defendants.*

Civil Action No: 1:23-cv-11001-RGS

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A MEMORANDUM**
**IN EXCESS OF THE PAGE LIMITS SET IN THE LOCAL RULES**

Per the Court's order, Defendants plan to respond to Plaintiff's motion for preliminary injunction (ECF No. 7) on or before May 30, 2023. *See* ECF No. 19. At the same time, Defendants anticipate moving to dismiss this case in its entirety. Defendants expect to submit a single memorandum in support of their forthcoming motion to dismiss and in opposition to Plaintiff's Motion for Preliminary Injunction. This Court's Local Rules state that "[m]emoranda supporting or opposing allowance of motions shall not, without leave of court, exceed 20 pages, double-spaced." LCvR 7.1(b)(4).

Defendants seek an additional five pages and ask for the Court's leave to file a single, combined memorandum not to exceed 25 pages that will be both in support of their forthcoming motion to dismiss and in opposition to Plaintiff's motion for preliminary injunction. Good cause exists for granting leave. A single memorandum with 25 pages will be more efficient than Defendants filing two separate memoranda covering many of the same topics.

Defendants have conferred with Plaintiff regarding this motion.  Plaintiff does not oppose Defendants' filing of a 25-page brief so long as Defendants do not oppose Plaintiff's filing of a reply

brief regarding its motion for preliminary injunction before the May 31 hearing; Defendants do not oppose such a reply.  The parties agree that a briefing schedule on Defendants' forthcoming motion to dismiss can be set at or after the May 31 hearing, if necessary.

A proposed order is attached.

Dated: May 26, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
Assistant Branch Director

*/s/Brad P. Rosenberg*
BRAD P. ROSENBERG
Special Counsel
ALEXANDER N. ELY
ZACHARY A. AVALLONE
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Washington, DC 20005
Tel: (202) 514-3374; Fax: (202) 616-8460
brad.rosenberg@usdoj.gov
alexander.n.ely@usdoj.gov
zachary.a.avallone@usdoj.gov

*Counsel for Defendants*