IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION OF GOVERMENT EMPLOYEES, INC., <br><br>*Plaintiff,*<br><br>v.<br><br>JANET YELLEN, Secretary of Treasury, in her official capacity, and JOSEPH BIDEN, President of the United States, in his official capacity<br><br>*Defendants.* | Case No. 1:23-cv-11001-RGS |

## MOTION BY JOHN PAUL DURBIN CITIZEN-JOURNALIST-ACTIVIST FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF NEITHER PARTY

John Paul Durbin, *amici*, respectfully move for leave to submit the attached *amici curiae* brief in support of neither party.

*Amici* is a citizen-journalist-activist who has spent the last decade preparing a book for publication, on the spending-and-debt games played by Congress and presidents. The focus of that research has been the appropriation bills passed by Congress over the 26 years, along with the concurrent Debt events going all the way back 1993. 4 Debt bills under President Clinton, 7 Debt bills under President George W. Bush, 8 Debt "events" under President Obama, 3 Debt "events" under President Trump, and 2 Debt "events" under President Biden.

*Amici* is the Plaintiff in: Durbin v. Pelosi et. al., Case No. 1:22-cv-03222 (DDC), currently pending in United States District Court For The District Of Columbia, filed October 20, 2022. This is a civil rights case against leaders of the 117th Congress (Pelosi, Schumer, McConnell, McCarthy; Sergeants at Arms of House and Senate, Chief of the Capitol police).

This suit is over Plaintiff's access to the six congressional offices buildings on Capitol Hill, Washington, D.C. Plaintiff wishes to present his reporting, along with his Petition For Redress, directly-and-in-person to members of Congress. Exhibits in this case, included in this brief, detail the current status and explain the history of the Debt limit: 31 U.S.C. § 3101(b).

*Amici* notes no local rules addressing *amicus curiae*. *Amici* has not sought consent from either party. This *amici curiae* brief is certain to be unwelcome and opposed by both parties, for it provides no basis for Plaintiff's Declaratory and Injunctive Relief, neither does it support the Defendants, owing to the current status of the Debt limit, under 31 U.S.C. § 3101(b). *Amici* has not provided notice to Plaintiff's counsel or Defendant's counsel.

*Amici* is aware of the extraordinary nature of of this request to this Court by a non-lawyer, but points to the unparalleled expertise of this *amici* on this specific subject, with a perspective that will not be put in front of the Court by the parties. Further, *amici* is well aware of the lateness of the hour for this submission, and begs the Court's indulgence. *Amici* only became aware of this case, in a *Politico* piece of May 23, 2023, by Josh Gerstein, on May 25, 2023. *Amici* has mailed this by *USPS Priority Mail Express*, this date, and will contact clerk of court office on May 30, attempting to provide a PDF copy of *amici curiae* via email attachment.

*Amici,* respectful of the Court, has kept its length to a minimum.

For all these reasons, *amici* request that the Court grant this motion and accept the attached *amici curiae* brief for filing.

Dated May 27, 2023				Respectfully submitted,

						JOHN PAUL DURBIN
						*/s/ John Paul Durbin*
						_____
						P.O. Box 66
						Walhonding, OH 43843
						(571) 250-0112