IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION OF GOVERMENT EMPLOYEES, INC., <br><br>*Plaintiff,*<br><br>v.<br><br>**JANET YELLEN,** Secretary of Treasury, in her official capacity, and **JOSEPH BIDEN,** President of the United States, in his official capacity<br><br>*Defendants.* | Case No. 1:23-cv-11001-RGS |

## BRIEF OF JOHN PAUL DURBIN AS
## AMICI CURIAE IN SUPPORT OF NEITHER PARTY

### INTRODUCTION

1. 31 U.S.C. § 3101(b), known as the Debt Limit Statute, has 3 clear elements.

2. 31 U.S.C. § 3101(b), Element 1: $14.294 trillion (Pub. L. 111-139, raised "stated dollar amount" of the Debt limit by $1.9 trillion). *See* Ex. 1 – Stated Debt Limit.

3. 31 U.S.C. § 3101(b), Element 2: "subject to changes periodically made in that amount as provided by law through the congressional budget process described in Rule XLIX of the Rules of the House of Representatives." The "Editorial Notes" immediately underneath 31 U.S.C. § 3101(b) suggest that, while this language is still in the law, this no longer applies.

4. 31 U.S.C. § 3101(b): Element 3: "or as provided by section 3101A or otherwise" (Pub. L. 112-25). Pub. L. 112-25 pretended to raise the Debt limit by $2.1 trillion, occurring in three steps, with increases of $400 billion, $500 billion, and $1.2 trillion. This law did not change

the "stated limit" because the law did not state a final limit. This law allowed the Treasury Department to sell an additional $2.1 trillion in United States Bonds, nothing else. Treasury exhausted this additional $2.1 trillion borrowing capacity on December 31, 2012.

5. Each of the next-seven Debt events "suspended" 31 U.S.C. § 3101(b) for a stated length of time. Each bill pretended that the "limit" would be set/raised/stated at the completion of the "suspension" (we are left to "assume": by Treasury). As no dollar amounts appear in 31 U.S.C. § 3101(b), subsequent to $14.294 trillion (Pub. L. 111-139), the Code is rather clear. The language in all seven bills was consistent, declaring that Section 3101(b) of title 31, United States Code, "shall not apply—." *See* Ex. 5 – Debt Limit Resolution.

6. The next-two Debt events, by the 117th Congress and President Biden, in October ($480 billion) and December ($2.5 trillion) of 2021, added stated dollar amounts. The $480 billion October addition (Pub. L. 117-50) was "piled atop" the the seventh "suspension," of August 2, 2019 (Pub. L. 116-37). But Pub. L. 116-37 had not stated a dollar amount and never changed 31 U.S.C. § 3101(b). Thus the October 2021, Pub. L. 117-50, added its $480 billion to "thin air." The December 2021, Pub. L. 117-53, had its $2.5 trillion "piled atop" the October $480 billion, also off into "thin air" and not changing 31 U.S.C. § 3101(b).

7. As impossible as it is to believe, 31 U.S.C. § 3101(b) has been consistent for the last 12 years. The dollar limit for the legal Debt of the United States of America is $14.294 trillion. Thus, the Obama-Biden-McConnell deal of August 2011 (Pub. L. 112-25) "broke the limit," as it failed to raise the stated, final dollar limit (owing to the intentional complexity of the bill as passed and implemented). No Congress, no president, since December 31, 2012, has had the honor, decency, or moral courage courage to admit to their mistake(s) and correct what has now become a ticking time bomb. A financial, political, constitutional, and civil disaster of unparalleled consequences coming for every American. Eventually.

## THE FOURTEENTH AMENDMENT

8.  Fourteenth Amendment, Section 4, begins: "The validity of the public debt of the United States, authorized by law—." No Debt issued by the United States Treasury Department, since December 31, 2012, has been "authorized by law." Ten Debt limit events, beginning August 2, 2011, through December 16, 2021, laws passed by Congress and signed by Presidents Obama, Trump, and Biden, have been nothing more than political theatre and a dangerous illegality that's been tempting fate far too long. The nation, its treasury, its bondholders, and citizen: are at an impossible place. Is the Debt limit $14.294 trillion? Does that mean that the "first," or the oldest Debt instruments, up to $14.294 trillion, are "authorized by law," with the rest of the Debt unlawful? Is the Treasury Department supposed to decide? Announce its ruling on that to the public? Call on Congress to correct this matter before financial markets panic, collapse, and the creditworthiness and Debt ratings of the nation are irrevocably destroyed? Isn't there a clear "moral hazard" for all United States Debt, if less-than-half of the current $31.382 trillion is "legal?"

## CONCLUSION

9.  For these foregoing reasons, this *amici* urges the Court to deny the declarative and injunctive relief requested by the Plaintiff.

Dated May 27, 2023                              Respectfully submitted,

JOHN PAUL DURBIN

_____
P.O. Box 66
Walhonding, OH 43843
(571) 250-0112