# **Exhibits**

1. **Stated Debt Limit**
   31 U.S.C. § 3101(b), with commentary.

2. **White House/OMB Historical Table 7.3**
   The national pretense of an existing, stated Debt limit, currently somewhere close to $31.382 trillion, has been perpetuated by this table at OMB. It looks real and specific and impressive. But it has nothing to do with the U.S. Code.

3. **Here are those "stated amendments"**
   In 1983 Congress eliminated a distinction between some of the Debt called "permanent," and some called "temporary." For the next 27 years, through Pub. L. 111-139, of February 12, 2010, each "increase" in the Debt limit was stated with a specific dollar amount. This is a full-page recitation of the footnotes of 31 U.S.C. § 3101 (more clearly showing the historical context).

4. **The Debt games Congress played**
   Brief, historical reporting of the spending-and-debt games of Congress, going back to the 1974 Nixon-era law that established the current budget and appropriation processes for Congress. In the first-21 years of that law, Congress completed passage of the annual appropriations by their September 30 due date, four times, for FY1977, FY1989, FY1995, and FY1997. Since then Congress has failed to pass annual spending on time—26 years-in-a-row, totaling 2,962 days late, averaging 114 days late for each year. It was a Congress that had a string of 14-years-in-a-row of passing spending late, almost always approved in a hurry, that hastily passed the secret, backroom Debt deal negotiated by Vice President Joe Biden and then-Senate minority leader Mitch McConnell in August 2011. Since then, Congress has passed nine more "failed" Debt limit bills, as it concurrently failed to pass spending on time for the next-12 years. There's an obvious connection between all these events. These politicians don't want to be accountable for anything. And: they are unwilling to own up to their past mistakes.

5. **Debt Limit Resolution**
   Citizen-journalist-activist John Paul Durbin has prepared an extensive report on the misdeeds of Congress. That reporting is condensed into a Petition For Redress that Plaintiff-Petitioner John Paul Durbin wishes to present directly to congressional offices on Capitol Hill. This petition calls on Congress to accept responsibility for its specifics actions—and failures—over the last 26 years. This Debt Limit Resolution details the language from the 10 "false" Debt events, beginning with the Budget Control Act of 2011, a.k.a. Obama-Biden-McConnell.

6. **The Budget Control Act of 2011**
   Brief, historical recap of the law responsible for "breaking the Debt limit." From the forthcoming book, "The Durbin Report," by John Paul Durbin.

Ex. 1

# Stated Debt Limit

## United States Code

### TITLE 31, CHAPTER 31—PUBLIC DEBT

### SUBCHAPTER I—BORROWING AUTHORITY

**§3101. Public debt limit**

(a) In this section, the current redemption value of an obligation issued on a discount basis and redeemable before maturity at the option of its holder is deemed to be the face amount of the obligation.

(b) The face amount of obligations issued under this chapter and the face amount of obligations whose principal and interest are guaranteed by the United States Government (except guaranteed obligations held by the Secretary of the Treasury) **may not be more than $14,294,000,000,000, outstanding at one time,** subject to changes periodically made in that amount as provided by law through the congressional budget process described in Rule XLIX of the Rules of the House of Representatives or as provided by section 3101A or otherwise.

The amount stated in the United States Code—$14.294 trillion; but then that odd legal phrasing: *may not be more than $14,294,000,000,000, outstanding at one time,* **subject to changes periodically made in that amount as provided by law through the congressional budget process described in Rule XLIX of the Rules of the House of Representatives or as provided by section 3101A or otherwise.**

**But the Editorial Note states: reference to House Rules no longer applies.**

**And 'section 3101A' never—never—changed this limit!**

*There's something "not right."* Something Congress, or *its leaders*—have been hiding! Something *funny* began years ago that's become a monster. OMB Historical Table 7.3 (page 6) is next, but *there's something "not right"* there. There's the continued "march" of the limit as it rose to over $31 trillion: but **that's not what's *in the United States Code*.** From 1983 through 2010 the dollar amount in the Code *changed,* prominently so (page 7). But, then: never again. It was the August 2, 2011, Obama-Biden-McConnell spending-and-debt scheme that change everything: #FakeDebtCeiling. The most-recent OMB entries came from two "dollar additions" passed by Congress (with only Democrat votes), that pretended to add to a limit that hasn't existed—for the last-12 years.

**Ex. 2**

# White House/OMB Historical Table 7.3

### Table 7.3 — STATUTORY LIMITS ON FEDERAL DEBT: 1940–CURRENT
(Dollar amounts in billions)

| | Statute (Column A) | Date (Column B) | Description (Column C) | Limit (Column D) |
|---|---|---|---|---|
| 100. | 116 Stat. 734 | June 28, 2002 | Increased the debt limit to | 6,400.0 |
| 101. | 117 Stat. 710 | May 27, 2003 | Increased the debt limit to | 7,384.0 |
| 102. | 118 Stat. 2337 | November 19, 2004 | Increased the debt limit to | 8,184.0 |
| 103. | 120 Stat. 289 | March 20, 2006 | Increased the debt limit to | 8,965.0 |
| 104. | 121 Stat. 988 | September 29, 2007 | Increased the debt limit to | 9,815.0 |
| 105. | 122 Stat. 2908 | July 30, 2008 | Increased the debt limit to | 10,615.0 |
| 106. | 122 Stat. 3790 | October 3, 2008 | Increased the debt limit to | 11,315.0 |
| 107. | 123 Stat. 366 | February 17, 2009 | Increased the debt limit to | 12,104.0 |
| 108. | 123 Stat. 3483 | December 28, 2009 | Increased the debt limit to | 12,394.0 |
| 109. | **124 Stat. 8** | **February 12, 2010** | **Increased the debt limit to** | 14,294.0 |
| 110. | 125 Stat. 251 | August 2, 2011 | Increased the debt limit to | 14,694.0 |
| 111. | | | Effective after September 21, 2011, increased the debt limit to | 15,194.0 |
| 112. | | | Effective after January 27, 2012, increased the debt limit to | 16,394.0 |
| 113. | 127 Stat. 51 | February 4, 2013 | Suspended the existing debt limit from February 4, 2013, through May 18, 2013, and prospectively increased the limit to accommodate the increase in such debt outstanding as of May 19, 2013. | |
| 114. | | | Effective May 19, 2013, reestablished the debt limit at | 16,699.4 |
| 115. | 127 Stat. 566 | October 17, 2013 | Suspended the existing debt limit from October 17, 2013, through February 7, 2014, and prospectively increased the limit to accommodate the increase in such debt outstanding as of February 8, 2014. | |
| 116. | | | Effective February 8, 2014, reestablished the debt limit at | 17,211.6 |
| 117. | 128 Stat. 1011 | February 15, 2014 | Suspended the existing debt limit from February 15, 2014, through March 15, 2015, and prospectively increased the limit to accommodate the increase in such debt outstanding as of March 16, 2015. | |
| 118. | | | Effective March 16, 2015, reestablished the debt limit at | 18,113.0 |
| 119. | 129 Stat. 620 | November 2, 2015 | Suspended the existing debt limit from November 2, 2015, through March 15, 2017, and prospectively increased the limit to accommodate the increase in such debt outstanding as of March 16, 2017. | |
| 120. | | | Effective March 16, 2017, reestablished the debt limit at | 19,808.8 |
| 121. | 131 Stat. 1139 | September 8, 2017 | Suspended the existing debt limit from September 8, 2017, through December 8, 2017, and prospectively increased the limit to accommodate the increase in such debt outstanding as of December 9, 2017. | |
| 122. | | | Effective December 9, 2017, reestablished the debt limit at | 20,456.0 |
| 123. | 132 Stat. 132 | February 9, 2018 | Suspended the existing debt limit from February 9, 2018, through March 1, 2019, and prospectively increased the limit to accommodate the increase in such debt outstanding as of March 2, 2019. | |
| 124. | | | Effective March 2, 2019, reestablished the debt limit at | 21,987.7 |
| 125. | 133 Stat. 1057 | August 2, 2019 | Suspended the existing debt limit from August 2, 2019, through July 31, 2021, and prospectively increased the limit to accommodate the increase in such debt outstanding as of July 31, 2021. | |
| 126. | | | Effective July 31, 2021, reestablished the debt limit at | 28,401.5 |
| 127. | 135 Stat. 407 | October 14, 2021 | The limitation under section 3101(b) of title 31, United States Code, as most recently increased by section 301 of the Bipartisan Budget Act of 2019 (31 U.S.C. 3101 note), is increased by $480,000,000,000. | 28,881.5 |
| 128. | 135 Stat. 1514 | December 16, 2021 | The limitation under section 3101(b) of title 31, United States Code, as most recently increased by Public Law 117-50 (31 U.S.C. 3101 note), is increased by $2,500,000,000,000; (added to hybrid, fake amount, line 127) | 31,381.5 |

**Line 109:** Stated Debt limit U.S. Code, from 2010; Democrat control; passed with no Republican votes. No increase since changed the amount in the U.S. Code.

Line 110: This three-line stagger-step was the Budget Control Act of 2011 (the Sequester); three-step increases rolled-out over 6 months. These specific dollar amounts, though "stated" in the law, had "no effect" on the dollar amount in the U.S. Code. You wouldn't "know that," looking at the "dishonest" OMB table; you'd have to look in the U.S. Code!

Lines 113, 115, 117 & 119: Obama increases 5 thru 8 became law on one date, but increase "unknown" until later "stated" by OMB (some time after the "suspension" ended).

Lines 121, 123, 125: Trump increases 1 thru 3; the "gaming of the public" via this OMB Historical Table continued under Trump, just as it had played during the Obama-Biden years.

Lines 127, 128: Biden dollar amounts, "fake additions" to a non-existing limit; "gaming of the public" continued under Biden, just as it had played during the Trump years.

Table doesn't include 146 weeks "stuck" at expired, "fake" limit. 11 weeks (May to Aug. 2011); 5 weeks (Jan. 2013); 22 wks (May to Oct. 2013); 33 weeks (Mar. to Nov. 2015); 25 wks (Mar. to Sept. 2017); 9 wks (ending Feb. 2018); 22 wks (Mar. to Aug. 2, 2019); 11 wks (Aug. to Oct. 2021); 8 wks (Oct. to Dec. 2021);

**This deceitful table at: https://www.whitehouse.gov/omb/historical-tables/ ... without grey highlighting!**

The following page shows the "listed dollar-amount amendments" to the Debt limit section of the U.S. Code; a 28-years run of "stated" Debt limit increases, from May of 1983 up to August of 2011. Then: the Budget Control Act of 2011 "pretended" to raise the Debt limit by $2.1 trillion, in three steps, beginning with line 110. But no increase after line 109: AFFECTED THE CODE. The Code is stuck at the 2010 increase. Yet every Debt event, beginning with the 2011 limit increase "failure," is listed at OMB referencing Treasury Department reporting—but those dollar amounts are *a fiction*, divorced from what's in the United States Code. This dishonesty needs to be answered. Will the members of Congress say: *I didn't know?* **But what of your leaders, surely**—*they must have known.* Seven Debt events, beginning in 2013, only "suspending" the limit, **until** *two games in 2021* "pretended" to add money to a limit that wasn't real anymore. Yet the nation is supposed to believe that not a single leader—or member—knew any of this? Who's going to believe *that?*



# Here are those "stated amendments"

Why did the "system" change? Why aren't the last-eleven years in the Code?
Debt limit increases had been stated through 2010, at $14.294 trillion.

## United States Code

### TITLE 31, CHAPTER 31—PUBLIC DEBT

### SUBCHAPTER I—BORROWING AUTHORITY

### §3101. Public debt limit

(a) In this section, the current redemption value of an obligation issued on a discount basis and redeemable before maturity at the option of its holder is deemed to be the face amount of the obligation.

(b) The face amount of obligations issued under this chapter and the face amount of obligations whose principal and interest are guaranteed by the United States Government (except guaranteed obligations held by the Secretary of the Treasury) **may not be more than $14,294,000,000,000, outstanding at one time,** subject to changes periodically made in that amount as provided by law through the congressional budget process described in Rule XLIX of the Rules of the House of Representatives or as provided by section 3101A or otherwise.

## Amendments

**2011**—Subsec. (b). Pub. L. 112–25 substituted "or as provided by section 3101A or otherwise" for "or otherwise".
**2010**—Subsec. (b). Pub. L. 111–139 substituted **"$14,294,000,000,000" for "$12,394,000,000,000".**
**2009**—Subsec. (b). Pub. L. 111–123 substituted "$12,394,000,000,000" for "$12,104,000,000,000".
**2009**—Subsec. (b). Pub. L. 111–5 substituted "$12,104,000,000,000" for "$11,315,000,000,000".
**2008**—Subsec. (b). Pub. L. 110–343 substituted "$11,315,000,000,000" for "$10,615,000,000,000".
**2008**—Subsec. (b). Pub. L. 110–289 substituted "$10,615,000,000,000" for "$9,815,000,000,000".
**2007**—Subsec. (b). Pub. L. 110–91 substituted "$9,815,000,000,000" for "$8,965,000,000,000".
**2006**—Subsec. (b). Pub. L. 109–182 substituted "$8,965,000,000,000" for "$8,184,000,000,000".
**2004**—Subsec. (b). Pub. L. 108–415 substituted "$8,184,000,000,000" for "$7,384,000,000,000".
**2003**—Subsec. (b). Pub. L. 108–24 substituted "$7,384,000,000,000" for "$6,400,000,000,000".
**2002**—Subsec. (b). Pub. L. 107–199 substituted "$6,400,000,000,000" for "$5,950,000,000,000".
**1997**—Subsec. (b). Pub. L. 105–33 substituted "$5,950,000,000,000" for "$5,500,000,000,000".
**1996**—Subsec. (b). Pub. L. 104–121 substituted "$5,500,000,000,000" for "$4,900,000,000,000".
**1993**—Subsec. (b). Pub. L. 103–66 substituted "$4,900,000,000,000" for "$4,145,000,000,000".
**1990**—Subsec. (b). Pub. L. 101–508 substituted "$4,145,000,000,000" for "$3,122,700,000,000".
**1989**—Subsec. (b). Pub. L. 101–140 substituted "$3,122,700,000,000" for "$2,800,000,000,000".
**1987**—Subsec. (b). Pub. L. 100–119 substituted "$2,800,000,000,000" for "$2,111,000,000,000".
**1986**—Subsec. (b). Pub. L. 99–384 substituted "$2,111,000,000,000" for "$1,847,800,000,000".
**1985**—Subsec. (b). Pub. L. 99–177 substituted "$1,847,800,000,000" for "$1,823,000,000,000".
**1984**—Subsec. (b). Pub. L. 98–475 substituted "$1,823,000,000,000" for "$1,573,000,000,000".
**1984**—Subsec. (b). Pub. L. 98–342 substituted "$1,573,000,000,000" for "$1,490,000,000,000.
**1983**—Subsec. (b). Pub. L. 98–161 substituted "$1,490,000,000,000" for "$1,389,000,000,000".
**1983**—Subsec. (b). Pub. L. 98–34 substituted "$1,389,000,000,000" for "$400,000,000,000".

This run of a stated Debt limit began May 26, 1983, as Congress eliminated the distinction between permanent and temporary limits with the enactment of a single, permanent limit. That law raised the Debt limit to $1.389 trillion.

Ex. 4

# The Debt games Congress played

## Here's what the media failed to report for the last-49 years

**1974: Congress "reset" the spending process** for itself and the administration in the *Congressional Budget and Impoundment Control Act of 1974*. That law spelled out a new, better organized and accountable annual budgeting and appropriation process for Congress, while placing limits on what the administration could and couldn't do with spending already passed into law.

**1983: Congress "reset" the nation's Debt**, declaring it all in *one pot,* eliminating the distinction between one part called "permanent" and a second portion labeled "temporary." With this Reagan-era reform all of the nation's Debt was called: *permanent.* What's laughable is that after *that change* there were 15 "temporary increases" in the level of the "permanent Debt" approved, as those silly games played throughout the Reagan, Bush 41, and Clinton administrations, from November 1985 through March of 1996.

**2011: Congress pretended to "raise" the Debt limit**, by $2.1 trillion, in an odd, complicated bill—which ***did not raise the limit stated*** in the U.S. Code. This was the Obama-Biden-McConnell spending-and-debt agreement known as The Sequester. The next Debt event . . .

**2013: February**—Congress approved a "suspension of the limit" for 14-weeks 5-days. The "scam" behind this event had been the "No Budget, No Pay Act of 2013." Each chamber passed its own Budget Resolution, and the stunt was over and done. FY2014 would still be 109 days late.

**2013–2019: Seven "suspensions"** of the 2010 Debt limit, February 2013 through August 2019. The 2019 Debt "suspension" came on ***the exact anniversary*** of the "failed" 2011 Obama-Biden-McConnell "increase" that began the mess; you can't make things like this up!

**2021: Democrats controlled both House and Senate.** Democrats were hellbent on passing the Build Back Better stimulus package, expecting to bypass a 60-vote Senate filibuster threshold using "budget reconciliation." But the Senate parliamentarian ruled that any budget resolution addressing the Debt limit must "state," with a specific dollar, the new Debt limit. A "curious" public spectacle played out over the second-half of 2021, as Senate leaders Chuck Schumer and Mitch McConnell—alone, without any input from any other members of Congress—"negotiated" between themselves (behind closed doors) for what was to come next on Debt. Democrats settled on pretending to "add" $480 billion (October) and $2.5 trillion (December): to *nothing,* since both bills referenced the August 2019 "suspension" that had not reset the limit (as none of the seven "suspension bills" had failed to do); Senate Republicans allowed this farce to proceed, without a filibuster, while pretending to be displeased by all of it.

**The reporting of John Paul Durbin: 2023,** shows ***two attempts at fiscal reform, in 1974 and 1983, that were abject failures.*** Each failed, as Congress played dishonestly over the intervening 49 years. **The games became appreciably more dishonest** in the last-twelve years. Contributing to the failure: NO administration played "referee" on behalf of the public, insuring that the laws passed by Congress—were followed: *"enforced" by the president, as written and agreed to,* **following the stated timetable-and-rules for the passage of the annual spending—and for previously-agreed spending amounts and constraints.**

**Do you see how the elements of this story are interconnected?** The "can't-miss" storyline for the last-49 years? Congress played games when approving spending, then worked to hide its responsible for deficits and Debt. **It has been that carefully played public path that led to—the Fake Debt Ceiling.** And now this is the crime against the nation—no one in Congress will admit having known. ***But that's not believable! Is it? Let Americans judge!***



Ex. 5

# Debt Limit Resolution

## Congress shall take full responsibility to correct the Debt limit in the United States Code with this Resolution:

1. **Congress shall accept full responsibility** for the 12 years of *mistakes,* as its Debt actions listed below failed to change the legal, stated limit for the national Debt, in Title 31, Section 3101(a), Section 3101(b), and Section 3101A, having allowed the limit to remain stuck at $14.294 trillion, from its enactment in Public Law 111-139, February 12, 2010, a law that raised the limit from $12.394 trillion.

2. **Failure of Public Law 112–25,** effective August 2, 2011; passed by the House 269 – 161, passed by the Senate 74 – 26, did not raise the limit by $2.1 trillion as its language pretended it would, owing to Title III: Debt Ceiling Disapproval Process; *president certifies to the Congress need for more Debt, the limit is then raised by $400 million; if Congress does not vote to disapprove, a subsequent $500 million is added;* in further convoluted language $1.2 trillion was added. *This bill allowed Treasury to borrow $2.1 trillion, but never changed the stated limit.* Signed into law by President Obama.

3. **Failure of the following seven "Debt events,"** beginning February 4, 2013, and continuing through August 2, 2019, the Congress of the United States of America "suspended" the Debt limit, fully understanding that there was no legal mechanism at the end of each suspension that could change **the amount stated in the United States Code,** which has remained "stuck" at $14.294 trillion.

4. **Failure of Public Law 113–3,** effective February 4, 2013; House vote 285 – 144, passed by the Senate 64 – 34; **from the law:** *Section 3101(b) of title 31, United States Code,* **shall not apply** *for the period beginning on the date of the enactment of this Act and ending on May 18, 2013.* Signed into law by President Obama.

5. **Failure of Public Law 113-46,** effective October 17, 2013; House vote 285 – 144, passed by the Senate 81 – 18; **from the law:** *(b) Certification.--Not later than 3 days after the date of enactment of this Act, the President may submit to Congress a written certification that absent a suspension of the limit under section 3101(b) of title 31, United States Code, the Secretary of the Treasury would be unable to issue Debt to meet existing commitments. (c) Suspension. -- (1) In general.--Section 3101(b) of title 31, United States Code,* **shall not apply** *for the period beginning on the date on which the President submits to Congress a certification under subsection (b) and ending on February 7, 2014.* Signed into law by President Obama.

6. **Failure of Public Law 113-83,** effective February 14, 2014; House vote 221 – 201, passed by the Senate 55 – 43; **from the law:** *Section 3101(b) of title 31, United States Code,* **shall not apply** *for the period beginning on the date of the enactment of this Act and ending on March 15, 2015.* Signed into law by President Obama.

7. **Failure of Public Law 114-74,** effective November 2, 2015; House vote 266 – 167, passed by the Senate 64 – 35; **from the law:** *Section 3101(b) of title 31, United States Code,* **shall not apply** *for the period beginning on the date of the enactment of this Act and ending on March 15, 2017.* Signed into law by President Obama.

8. **Failure of Public Law 115-56,** effective September 8, 2017; House vote 316 – 90, passed by the Senate 80 – 17; from the law: *Section 3101(b) of title 31, United States Code,* ***shall not apply*** *for the period beginning on the date of the enactment of this Act and ending on December 8, 2017.* Signed into law by President Trump.

9. **Failure of Public Law 115-123,** effective February 9, 2018; House vote 240 – 186, passed by the Senate 71 – 28; from the law: *Section 3101(b) of title 31, United States Code,* ***shall not apply*** *for the period beginning on the date of the enactment of this Act and ending on March 1, 2019.* Signed into law by President Trump.

10. **Failure of Public Law 116-37,** effective August 2, 2019; House vote 284 – 149, passed by the Senate 67 – 28; from the law: *Section 3101(b) of title 31, United States Code,* ***shall not apply*** *for the period beginning on the date of the enactment of this Act and ending on July 31, 2021.* Signed into law by President Trump.

11. **Failure of the following two Debt events, coming in 2021,** as Congress pretended it was adding stated dollar amounts of additional, "legal" Debt. However, those dollar amounts were added to the Public Law 116-37, which had not stated any dollar amount. While the Treasury Department, the Office of Management and Budget, and the Congress of the United States of America have chosen to *pretend* that the Debt limit of the nation had been "reset" at the end of each "suspension" of the limit passed into law (those seven events listed above), no "certification" or any other official pronouncement is able, ***after-the-fact,*** to change *any dollar amount or language* in the United States Code; those changes only occur in bills passed by Congress and signed by the president.

12. **Failure of Public Law 117-50,** effective October 14, 2021; House vote 219 – 206, passed by the Senate 50 – 48; **from the law:** *The limitation under section 3101(b) of title 31, United States Code, as most recently increased by section 301 of the Bipartisan Budget Act of 2019 (31 U.S.C. 3101 note), is increased by $480,000,000,000.* Signed into law by President Biden. (House hid its final vote in H.Res.716; Roll no. 315)

13. **Failure of Public Law 117-73,** effective December 16, 2021; House vote 221 – 209, passed by the Senate 50 – 49; **from the law:** *Resolved by the Senate and House of Representatives of the United States of America in Congress assembled, That the limitation under section 3101(b) of title 31, United States Code, as most recently increased by Public Law 117–50 (31 U.S.C. 3101 note), is increased by $2,500,000,000,000.* Signed into law by President Biden.

14. **Confusing language in the law:** *§3101. Public debt limit: "(b) The face amount of obligations issued under this chapter and the face amount of obligations whose principal and interest are guaranteed by the United States Government (except guaranteed obligations held by the Secretary of the Treasury) may not be more than $14,294,000,000,000, outstanding at one time, subject to changes periodically made in that amount as provided by law through the congressional budget process described in Rule XLIX of the Rules of the House of Representatives or as provided by section 3101A or otherwise."* **The reference to House Rules** in the law, per the Editorial Notes, suggests that this portion of the law no longer applies; further suggesting that it hasn't been "functional" for decades. **The reference 'by section 3101A or otherwise'** points to convoluted Public Law 112–25, effective August 2, 2011, that failed to raise the limit, but *allowed* the president and the United States Treasury to increase the legal borrowing unless disapproved by the Congress. But those actions, if "technically legal" from August 2, 2011, through December 31, 2012, have left the Congress, the president, and the nation in a "no man's land" as of January 1, 2013, that continues right up to—today!

15. **It is difficult to believe** that members of 118th Congress did not know that the legal Debt limit of the nation had been "obliterated" by the failure of the language and the provisions of the August 2, 2011, Obama-Biden-McConnell deal, Public Law 112-25. While some members of Congress may have been unaware of the defect in Public Law 112-25 over its 17-months duration," it is not believable that the seven, subsequent "Debt suspensions," from February 2013 through August 2019 had been passed by a Congress wholly unaware that a "stated Debt limit" no longer existed, especially when the language in the bills passed—for the first time in history—explicitly stated: *shall not apply.* Those seven, separate votes in the public record show how Congress intentionally defeated what had been the 94-year-old tradition of the United States of America having a stated, specific dollar amount for legal amount of indebtedness allowed—in law, in the U.S. Code. Further, the two pieces of Debt legislation enacted in the second-half of 2021 display a *curious break* in the previous pattern, but those Democrat changes, "pretending" to add additional dollars to *some limit,* ended up piled atop—*nothing.* No explanations can now correct these defects.

16. **"In consideration of our past failures** for the honest, timely, and public management of the nation's finances; in demonstration of our willingness to take full responsibility for our past votes, now that we have before us the reporting of our 11-years-plus record of failure, we do not think this is the time or place to eliminate what had been a 94-years tradition of a having a stated limit for the Debt of the nation. Therefore: we pass this resolution to clear away the existing, confusing language in the law, while taking full responsibility for a stated dollar limit for the indebtedness of the United States of America, reflective of the financial accounts of the nation today—without offering promises for future actions of any kind."

```
               One Hundred Eighteenth Congress
                            of the
                   United States of America

                       AT THE FIRST SESSION

   Begun and held at the City of Washington on Tuesday, the
        third day of January, two thousand and twenty-three


                            An Act

   To amend title 31 of the United States Code to increase the
   public debt limit.

   Be it enacted by the Senate and House of Representatives of
   the United States of America in Congress assembled,


              SECTION 1. CHANGE IN PUBLIC DEBT LIMIT.

   Subsection (b) of section 3101 of title 31, United States
   Code, is amended in its entirety, and inserting ``The face
   amount of obligations issued under this chapter and the face
   amount of obligations whose principal and interest are guar-
   anteed by the United States Government (except guaranteed
   obligations held by the Secretary of the Treasury) may not
   be more than $33,500,000,000,000, outstanding at one time.''
```

— 11 —



# The Budget Control Act of 2011

1. **April 2011: Spending for FY2011;** Republicans waited over 3 months to do anything. With 3-days' notice they suddenly passed a single spending bill—second-largest deficit in U.S. history: $1.3 trillion in *more debt.*

2. **Though we live in a democratic republic,** much of the nation's business is done in secret, hashed out by a few political leaders; unveiled and passed with great haste, at times of intense political stress (great theatrics) when the sense had become: something must be done, immediately!

3. **There had been little media reporting** on the run-up to *these events;* appropriation dates had routinely been missed—*for years;* that's a tired, old story. The "mess" never becomes a crisis *until they make it so;* until some real, (or seemingly real) additional events of consequence forces the players to the table to pass the final deal.

4. **July 2011: Republicans played "tough"** on raising the Debt Ceiling; financial markets were spooked, considering a credit downgrade. President Obama and Speaker Boehner held private talks aimed at a brokering a deal to address everything: trim annual spending and its deficits; entitlement reforms, including Social Security benefits and health care spending for Medicare and Medicaid. In the end it was a private deal between Vice President Biden and Senate minority leader McConnell that produced a *middling bargain:* federal spending was to be "capped" for the next-10 years *and* the Debt limit would be raised. It wasn't the grand bargain that some had hoped for, but it set in place *the legal framework* to control spending. ***Except: there were some funny details in the bill; <u>a lot of funny details!</u> But, I want to know: Who wrote the bill?***

## From "The Durbin Report"

5. **Republicans agreed to raise the Debt Ceiling** by $2.1 trillion. They wanted to be able to say they were "getting" $2.1 trillion in saving (over the course of the deal) from the agreement; $741 billion in saving was stipulated in the bill, with the additional $1.5 trillion in savings to be "agreed to" by a joint, select committee.
6. **The committee charged to "find the cuts" failed;** across-the-board cuts of $990 billion (their "crazy math") kicked in, cutting Defense and non-defense discretionary spending by equal amounts. Since this deal Democrats and Republicans loudly complained about this ham-fisted way of cutting spending (which *they'd agreed to*—Hah!).
7. **Outright Fraud #1:** the $2.1 trillion increase in the Debt limit was to be done by three installments; Why? Was it to hide the total? Were the stagger-steps necessary?
8. **Outright Fraud #2:** the language in the bill stated that Congress could vote to disallow the second and/or the third installment of the Debt limit increase. Why was that in the bill? To play games; But: For whose enjoyment?
9. **Outright Fraud #3:** Congress pledged to vote on a balanced budget amendment to the Constitution. The bill "just missed" getting the required 2/3 majority in the House or Senate to get to the desk of President Obama, but at least Republicans in Congress could say to their base: we tried!
10. **Like the April spending bill,** this debt bill came out nowhere; *the members passed it* into law *in 2 days!*
11. **But something "funny" happened** to these Debt limit increases: they never showed up in the U.S. Code.

    **You can see the dishonest games** that were played *in public.* Turns out that there was more than that!

— 13 —