UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

National Association of Government Employees, Inc.

    Plaintiff

  v.                                       Civil Action No. 23-11001-RGS

Janet Yellen, in her official capacity as Secretary of Treasury,
and Joseph Biden, in his official capacity as President of
the United States

    Defendants

ORDER OF DISMISSAL

October 18, 2023

STEARNS, D.J.

In accordance with the court's Memorandum and Order [Dkt # 58] entered on October 18, 2023, granting defendants' motion to dismiss, it is ORDERED that the above-entitled action be, and hereby is, dismissed.

By the court,

/s/ Arnold Pacho
Deputy Clerk