IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC., <br><br>**Plaintiff,**<br><br>v.<br><br>**JANET YELLEN**, Secretary of Treasury, in her official capacity, and <br>**JOSEPH BIDEN**, President of the United States, in his official capacity<br><br>**Defendants.** | Civil Action No.: 1:23-cv-11001-RGS |

## NOTICE OF APPEAL

Plaintiff hereby appeals the Court's Memorandum and Order on Defendants' Motion to Dismiss (Dkt. 58) and Order of Dismissal (Dkt. 60) to the First Circuit Court of Appeals.

Dated: October 19, 2023

Respectfully submitted,

NATIONAL ASSOCIATION OF
GOVERNMENT EMPLOYEES, INC.,

By its attorneys,

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan, BBO #640716
Matthew P. Carrieri BBO #705192
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
mcarrieri@llrlaw.com

        Sarah E. Suszczyk
        *(Pro hac vice)*
        General Counsel NAGE/IBPO/IAEP/IBCO
        159 Burgin Parkway
        Quincy, Massachusetts 02169
        (617) 376-7239
        ssuszczyk@nage.org

        Thomas H. Geoghegan
        *(Pro hac vice)*
        Despres, Schwartz & Geoghegan, Ltd.
        77 West Washington Street, Suite 711
        Chicago, Illinois 60602
        (312) 372-2511
        tgeoghegan@dsgchicago.com

        Patrick V. Dahlstrom
        *(Pro hac vice)*
        Pomerantz LLP
        10 South LaSalle Street, Suite 3505
        Chicago, Illinois 60603
        (312) 377-1181
        pdahlstrom@pomlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2023, a true and accurate copy of the above document was filed with the Court via CM/ECF system, which will send e-mail notification of such filing to all attorneys of record.

        */s/ Shannon Liss-Riordan*
        Shannon Liss-Riordan